SKC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Jose Luis Santiago-Rebolledo,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No.   CV-26-03929-PHX-SMB (ASB)

**ORDER**

Petitioner Jose Luis Santiago-Rebolledo filed this action through counsel under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)

Petitioner is a citizen of Mexico who entered the United States without inspection and has continuously resided in the United States for more than ten years.  (*Id.* ¶ 18.)  On June 17, 2025, Petitioner was arrested and detained by Immigrations and Customs Enforcement (ICE) without a bond hearing.  (*Id.*)

Petitioner filed a previous habeas petition in *Santiago-Rebolledo v. Cantu*, 25-cv 04991-PHX-SMB (ASB), and this Court denied relief on March 11, 2026, finding that the Immigration and Nationality Act's mandatory detention statute, 8 U.S.C. 1225, applied to Petitioner.  Petitioner alleges that, in his previous Petition, the Court did not have an opportunity to consider whether his ongoing detention violated his due process rights.  (*Id.* ¶ 4.)  He also alleges his circumstances have materially changed because he has been detained for almost a year without an individualized bond determinization, and his EOIR record shows neither pending immigration hearings nor a final removal order.  (*Id.*

¶¶ 2, 20.) He claims his prolonged detention violates the Fifth Amendment Due Process Clause. He seeks release or a meaningful bond hearing.

The Court will require Respondents to answer the Petition. Respondents must articulate the statutory authorization for Petitioner's detention and the status of Petitioner's immigration proceedings. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals signed under penalty of perjury with personal knowledge of the factual statements made therein.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses. The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(3)    Respondents must file a response no later than **June 19, 2026**.

(4)    Petitioner may file a reply no later than **June 26, 2026**.

Dated this 5th day of June, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge

- 2 -