SKC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Luis Santiago-Rebolledo, | No.   CV-26-03929-PHX-SMB (ASB) |
| Petitioner, | |
| v. | **ORDER** |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner Jose Luis Santiago-Rebolledo filed this action through counsel under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  On June 5, 2026, the Court ordered counsel for Petitioner to immediately serve the Petition on Respondents and for Respondents to respond to the Petition no later than June 19, 2026.  (Doc. 5.)  Due to a filing deficiency on the part of Petitioner, however, the summons was not issued until June 18, 2026, only one day before Respondents were ordered to respond to the Petition.  (*See* Doc. 6–9.)  Since then, twelve additional days have passed without a response, there is no proof of service from Petitioner, and Petitioner has filed a Reply noting that Respondents have not complied with the Court's June 5, 2026 Order.  (Doc. 10.)  Petitioner requests that the Petition be summarily granted.  (Doc. 10.)

Due to the delay in service, the Court will give Respondents until July 5, 2026, to respond to the Petition as set forth in the Court's June 5, 2026 Order.  If Respondents fail to respond by July 5, 2026, the Court will take their non-response as consent to the Petition and will summarily grant the Petition without further briefing.

**IT IS ORDERED:**

    (1)    Respondents must file a response to the Petition no later than **July 5, 2026**.

    (2)    Petitioner may file a reply no later than **July 11, 2026**.

    (3)    If Respondents fail to respond to the Petition by July 5, 2026, the Court will summarily grant the Petition.

    Dated this 30th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -