# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jose Luis Santiago Rebolledo,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03929-PHX-SMB (ASB)

**ORDER**

Petitioner filed this action through counsel under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) On June 5, 2026, the Court ordered service of the Petition and directed Respondents to respond to the Petition no later than June 19, 2026. (Doc. 5.) The Court emailed a copy of that Order to particular individuals in the United States Attorney's Office. Thereafter, due to a delay in service, on June 30, 2026, the Court sua sponte extended Respondents' response deadline until July 5, 2026. (Doc. 11.) No response has since been filed, but it is unclear whether Respondents received the June 30 Order (although it appears service is complete and, as stated, Respondents were notified of this action on June 5, 2026).

In an abundance of caution, the Court will provide Respondents one final opportunity to respond to the Petition in this matter.

**IT IS ORDERED:**

(1)    Respondents must file a response to the Petition no later than July 22, 2026.

(2)    Petitioner may file a reply no later than July 29, 2026.

(3)    If Respondents fail to respond to the Petition by July 22, 2026, the Court will summarily grant the Petition.

(4)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at theo.nickerson2@usdoj.gov, Dina Anagnopoulos at dina.anagnopoulos@usdoj.gov, and Mary Finlon at mary.finlon@usdoj.gov.

Dated this 16th day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -