# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Luis Santiago Rebolledo, | No.  CV-26-03929-PHX-SMB (ASB) |
| Petitioner, | |
| v. | **ORDER** |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondents to answer the Petition. (Doc. 5.)  On June 25, 2026, Petitioner filed a Reply Brief (Doc. 10), asking the Court to grant the Petition because Respondents failed to respond to the Petition.

In a June 30, 2026 Order (Doc. 11), the Court noted that the summons was not issued due to a filing deficiency on part of the Petitioner and gave Respondents until July 5, 2026 to respond to the Petition.  The Court issued another Order on July 16, 2026 (Doc. 13), noting that Respondents again failed to respond to the Petition, but that it was unclear whether Respondents received the Court's June 30 Order.  The Court gave Respondents until July 22, 2026 to respond.  (*Id.*)

Respondents timely responded (Doc. 14).  In their response, Respondents state that they "do not oppose Petitioner's request for a bond hearing at this time." (*Id.*)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for a bond hearing.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** that Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of July, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge

- 2 -